# United States District Court
# For The Western District of North Carolina
# Asheville Division

JONATHAN CLINGMAN LOGAN,

    Plaintiff(s),                           JUDGMENT IN A CIVIL CASE

vs.                                                   1:12-cv-346

VAN DUNCAN et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 11/20/2012 Order.

                                          FRANK G. JOHNS, CLERK
                                          Signed: November 20, 2012

Frank G. Johns, Clerk
United States District Court